IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

---

IN RE: )
)
JOHN EDWARD CHAMBERS d/b/a ) Bankruptcy No. 08-31399
CHAMBERS FARM, fdba ) CHAPTER 12
CHAMBERS DAIRY, and )
PATRICIA STACEY CHAMBERS, )
)
Debtors. )

---

## VERIFIED STATEMENT

---

I, Wade M. Boswell, declare under penalty of perjury that the following statements are true and correct:

1. I am an attorney duly licensed in the State of Tennessee and admitted to practice in this Court and maintain offices at 603 Main Street, Suite 707, Knoxville, Tennessee 37902.

2. To the best of my knowledge, I do not hold nor represent an interest adverse to John E. Chambers or Patricia S. Chambers, their creditors, or any other parties in interest regarding the matters for which I am to be employed.

3. I am a disinterested person within the meaning of 11 U.S.C. 101(14).

SIGNED this 2nd day of April, 2008.

*/s/ Wade M. Boswell*
WADE M. BOSWELL, ATTORNEY
P. O. Box 221
Knoxville, TN 37901
865-633-5353 - BPR #000572