Enclosure No. 1

## CHAPTER 12 CASE

SUMMARY OF OPERATIONS - FAMILY FARMER
(This report must be filed with the Chapter 12 Trustee
5 days before the first meeting of creditors.)

NAME OF DEBTOR(S): _John Edward + Patricia Stacey Chambers_

CASE NO.: _08-31399_

I. CURRENT NUMBER OF ACRES

Owned: _550_

Leased: (List by Parcel)          Amount or % of rent
                                   received by debtor(s)

_550 Same as above_     _1100 00 /yr_

Total owned and leased by
debtor(s) from others: _460 Acres_

Total leased to others: _0_

Tillable acreage: _200_

Set aside acreage: _0_

Appendix C - 58

II. CURRENT LIVESTOCK

| Kind | No. | Weight | Market Value |
|---|---|---|---|
| Hogs | 0 | | |
| Feeder Pigs | 0 | | |
| Sows | 0 | | |
| Boars | 0 | | |
| Calves | 0 | | |
| Stock Cows | 0 | | |
| Steers | 0 | | |
| Heifers | 0 | | |
| Bulls | 0 | | |
| Dairy Cows | 0 | | |
| Lambs | 0 | | |
| Ewes | 0 | | |
| Rams | 0 | | |
| Foals | 0 | | |
| Mares | 0 | | |
| Stallions | 0 | | |
| Chickens | 0 | | |
| Turkeys | 0 | | |

III.  PRIOR YEAR'S OPERATION

  A. Livestock (list by kind)

| Kind | No. | Weight Per Animal | Amount Kept For Farm Use | Amount Sold | Sales Price | Total Dollar Sales |
|---|---|---|---|---|---|---|
| Holstein cows | 125 | 1250 | ~~0~~ | 125 | 900 | 112,500 00 |
| Holstein Hefers | 25 | 500 | 0 | 25 | 500 | 12,500 00 |

  B. Crops (list by kind)

| Kind | No. of Acres Planted | Yield Per Acre | Amount Kept For Farm Use | Amount Sold | Sales Price | Total Dollar Sales |
|---|---|---|---|---|---|---|
| Corn Silge | 300 | 8 tn | ~~0~~ | ~~200~~ 2400 Tn | 3500/tn. | 84,000 00 |
| Corn Grain | 100 | 20 bv. | ~~0~~ | 2000 bv. | 4.00 bv. | 8,000 00 |

  C. Raw Products (e.g. wool, eggs, milk, fish)

| Kind | Weight or Number | Amount Kept For Farm Use | Amount Sold | Sales Price | Total Dollar Sales |
|---|---|---|---|---|---|
| Milk | 534,800 | 0 | 534,800 | Varied from month to month | 94395.57 |

D.  Other Farm Enterprises (e.g. custom          Total Amount
    farming, custom feeding)                     Received

    Silage Chopping                              7,000 ⁰⁰


E.  Government Payments                          Total Amount
                                                 Received


F.  Summary of Prior Year's Operation

    1. Total corp/livestock income ____112,500_____

    2. Total raw products income  _____

    3. Total other farm income    ____7,000⁰⁰_____

    4. Total government payments  _____0_____

    5. Non-farm income            ____~~800~~ 10,000 ⁰⁰_____

    6. Total income               _____


G.  Have you made an assignment of proceeds?          (Yes/No)

    If yes, which proceeds have you assigned and to whom have you
    assigned them.  __Milk proceed to Citizen 1st Bank__

    _____

    _____


Appendix C - 61

IV. THIS YEAR'S OPERATION (current year projections)

   A. Livestock (list by kind)

   | Kind | No. | Weight Per Animal | Amount Kept For Farm Use | Amount Sold | Sales Price | Total Dollar Sales |
   |------|-----|-------------------|--------------------------|-------------|-------------|--------------------|
   |      |     |                   |                          |             |             |                    |

   B. Crops (list by kind)

   | Kind | No. of Acres Planted | Yield Per Acre* | Amount Kept For Farm Use | Amount Sold | Sales Price** | Total Dollar Sales |
   |------|----------------------|-----------------|--------------------------|-------------|---------------|--------------------|
   | Hay  | 300 | 5 tn. | 0 | 1750 Rolls | 40.00 Roll | 70,000.00 |
   | Silage Corn | 250 | 20 Tn | 0 | 5000 tn. | 45.00 tn | 225,000.00 |
   | Grain Corn | 150 | 100 bu. | 0 | 15,000 bu. | 5.00 bu. | 75,000.00 |

   C. Raw Products (e.g. wool, eggs, milk, fish)

   | Kind | Weight or Number | Amount Kept For Farm Use | Amount Sold | Sales Price | Total Dollar Sales |
   |------|------------------|--------------------------|-------------|-------------|--------------------|
   |      |                  |                          |             |             |                    |

Appendix C - 62

D. Other Farm Enterprises (e.g. custom farming, custom feeding)

Custom Silage Chopping

Total Amount Received

5,000 00

E. Government Payments

Total Amount Received

25,000 00

F. Summary of Prior Year's Operation

1. Total corp/livestock income     370,000 00
2. Total raw products income       0
3. Total other farm income         5,000 00
4. Total government payments       25,000 00
5. Non-farm income                 20,000 00
6. Total income                    420,000 00

---

\* Assuming normal moisture and growing conditions.

\*\* State your estimate of market price per unit or government support (loan) price if you are eligible for government support program.
Appendix C - 63

G.  Estimated Expenses For Current Year

| Expenses | Amount |
|---|---|
| Fuel | 12,000 00 |
| Seed | 10,000 00 |
| Fertilizer | 25,000 00 |
| Herbicides, Pesticides, or other Chemicals | 10,000 00 |
| Equipment Rental | ∅ |
| Electric and Phone Bills | 3,500 00 |
| Repairs | 5,000 00 |
| Crop Insurance | 4,000 00 |
| Other Insurance | 8,000 00 |
| Real Estate Taxes | 2,750 00 |
| Cash Rent | 2,500 00 |
| Hired Labor | 25,000 00 |
| Machine Hire | |
| Drying | |
| Other | |

Projected Total Operating Expenses   107,750 00
Projected Family Living Expenses       30,000 00
Projected Total Expenses              137,750 00

Appendix C - 64

H.  Profit or Loss

Total Income (IV F 6) __420,000.00__

Total Expenses (from Page 7) __137,750.00__

Profit/Loss __282,250.00__
(Subtract total expenses from total income.)

I.  Estimated Crop Expenses Breakdown:

|  | Corn Cost per Acre | Soybeans Cost per Acre | Oats Cost per Acre | Hay/Alfalfa Cost per Acre |
|---|---|---|---|---|
| Seed | 012.00 |  |  | 10.00 |
| Nitrogen | 15.00 |  |  | 10.00 |
| Phosphate | 5.00 |  |  | 5.00 |
| Potash | 5.00 |  |  | 3.00 |
| Lime | 10.00 |  |  | 10.00 |
| Herbicide | 20.00 |  |  | -0- |
| Insecticide | 4.00 |  |  | -0- |
| Crop Insurance | -0- |  |  | -0- |
| Other Insurance | 10.00 |  |  | 10.00 |
| Real Estate Taxes | 5.00 |  |  | -0- |
| Cash Rent | 15.00 |  |  | -0- |
| Combining | 5.00 |  |  | 5.00 |
| Hauling | 2.00 |  |  | 2.00 |
| Drying | 1.00 |  |  | 1.00 |
| Handling | 25.00 |  |  | 20.00 |
| Hired Labor | 0 |  |  | 0 |
| Fuel | 5.00 |  |  | 5.00 |
| Other Machine Rental |  |  |  |  |
| Miscellaneous |  |  |  |  |
| TOTAL: | 124.00 |  |  | 79.00 |

J.  Estimated Livestock Expenses Breakdown:

|  | Swine<br>Cost per | Beef<br>Cost per | Sheep<br>Cost per | Dairy<br>Cost per |
|---|---|---|---|---|
| COSTS | _____ | _____ | _____ | _____ |

Corn
Supplement
Feed Additives
Alfalfa-brome
Corn Silage
Haylage
Salt
Milk Replacer
Minerals
Veterinary
Machinery and Equipment
Electric
Water
Labor
Marketing
Miscellaneous
Purchase Livestock
Other

TOTAL:

NOTE: If your particular livestock operation does not fit these categories make appropriate adjustments.

If you have an operating loan for the current or proposed crop season, state amount $_____ and a name and address of lender _____

and security given or pledged _____

Appendix C - 66